**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

THOMAS STRAUTMAN,

      Plaintiff,

v.                                                        CASE NO. 2:10-CV-394-FtM-99DNF

THE UNITED STATES OF AMERICA,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Douglas N. Frazier, filed on March 12, 2012 (Doc. 40). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant in part and deny in part Defendant United States of America's ("Defendant") Motion to Tax Costs, filed on February 9, 2012 (Doc. 35). Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that the costs related to the court reporter and depositions ($2,405.50), and photocopying ($479.67) should be taxed as "necessarily obtained for use in the case." *See* 28 U.S.C. § 1920. Similarly, the Court agrees with the Magistrate Judge that Defendant has failed to provide an invoice that it was charged a fee for docketing. Accordingly, the Court will not tax the docket fees ($5.00). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 40) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant United States of America's Motion to Tax Costs (Doc. 35) is **GRANTED in part** and **DENIED in part**.

3. The Defendant United States of America is entitled to an award of costs in the amount of $2,885.17.

4. The Clerk is directed to enter a judgment in favor of Defendant United States of America in the amount of $2,885.17 for costs.

**DONE AND ORDERED** at Ft. Myers, Florida, on April 9, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD